Mary Thorne, Appellee, v. Chicago Orpheum Company, Sued Herein as the R. K. O. Palace Theatre, Appellant.

Gen. No. 40,773.

opinion filed June 26, 1940.   Ross & Berchem, for appellant; Levisohn & Levisohn, for appellee.   Opinion by JUSTICE SCANLAN.   ''Not to be published in full.''